CASE!
① 09052285
② 1032285

Good Day
To whom this Concerns

8:24cv 2592 TPB-spf

My name is Jeannie Snow and I was an employee of Advance Auto Parts on 3401 Central Ave. Saint Petersburg Florida 33713 (727-327-4532)

The GM's that were bosses at these store's had very tricky and nasty ways interactions with Certain employees.

I was also an employee that was bullied by these People of Authority. The bitterness between them an me began in the first year of employment with this company.

Sarcastic implies intentional Rude Remarks, Verbal outburst, criticizing Scornfullness upon certain employee.

Leadership structure with MR. James Bush Toni Booker, Griffin Harold was a hostel

NOV 6 2024 PM 12:27
FILED - USDC - FLMD - TPA

N.P

2

toxic environment to be
working at due to, work
chemistry,
Just as Mr. Quentin
Burney stated in his re-
Port it's very much true
the money racketeering,
Defrauding Company Funds,
Stealing for own personal use,
etc.
Yes I was a witness to
Mr. Quentin Burney ABuse
from Ms. Toni Booker be-
Cause I myself was bullied
by her way before Quentin
became an employee.
Quentain Burney was ter-
minated on 11-13-2023 well
the next day on 11-14-2023
I was terminated (Quentain
was force to leave) Because
of GM Toni Booker.
We were Victim of the
Careless ways.

3.

these GM managers, James Bush, showed rudeness, disrespect, unfair, unkind, toxic working conditions, Abuse of Power.

The Day of Outburst, Gm Toni Booker, these co-workers did and were their that particular day, Matt, Angie, Willie, Mike, yes they did witiness Quentin and me situation.

Toni Booker on these days was very obnoxiously Rude, unkind disrespectful, verbally coming at her employee with unfair judgement.

James Bush nor Griffin Harold was present on these particular Days. Out of Site 11-13-2023 11-14-2023.

Yes I am a victim plus a witness to Quentin Burney violations from these bosses

4

in Charge OF these Organization Bascially Quentin Burney and I myself was belittled, etc.

_____

100% true Story on our behalves Concerning this Job and these G.M of these Companies. I Jeannie Snow itwitness the Abuse on a obnoxious Toni Booker.

ALEXANDRA GRAMLICH
Notary Public
State of Florida
Comm# HH471438
Expires 12/13/2027

Thanks
Good Day

X _Quentin Burney_ Date 6/11/24

X _Jeannie Snow_ Date 6-11-2024


X _Quentin Burney_ Date 6/11/24

X _Jeannie Snow_ Date 6-11-2024

⑤

Good DAy
    To Whom this may Concern,

    Yes to be very honest
with you & truthful. Upon
being terminated and just
been in a major vehicle
acciedent on 11-5-2024 that came
close to taking my life.
    ALL this caused me a very highly
life of despair, hostile bitterness,
major pain and suffering.
    Between the accident, job ter-
mination, and my home for —
Closureing, having to sell out due
too job-lost, accident, pain that
has been unbearable, shamefulness
Victimize's causing pain and suffering.
unfairly treatment by a company
that has tarnished good workers
reputation to be harmed. with ugluness
This has placed alot of hard-
ship, money lost, poverty
conditions. Just plain unbedrable
these life situation has caused.

(6)

HAVE A NICE DAY NOW

Good bye
Now Jeannie
Snow
# 256-458-5184